# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 78 EAL 2016
: 
Respondent : 
: 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. : 
: 
: 
: 
DERRICK WHITE, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.